**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 18 cv 05445 |
| v. | ) | |
| ARMCO, LLC d/b/a AARON'S SALE & LEASE and EVELYN FLORES | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i), Plaintiff, Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company, hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants.

Dated this 6th day of November 2018

Allied World Specialty Insurance Company
f/k/a Darwin National Assurance Company

By: /s/ Abigail E. Rocap
     One of its Attorneys

Ommid C. Farashahi (6237045)
Michael T. Skoglund (6284010)
Abigail E. Rocap (6310024)
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: 312-762-3100
Email: ofarashahi@batescarey.com
Email: mskoglund@batescarey.com
Email: arocap@batescarey.com

2050816_1

## CERTIFICATE OF SERVICE

On November 6, 2018, I caused to be served a true and correct copy of the foregoing document via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

DATED this 6th day of November, 2018, at Chicago, Illinois.

/s/ Abigail E. Rocap
*Counsel for Allied World Specialty Insurance Company*
*f/k/a Darwin National Assurance Company*